FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 04 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:

Owen Thomas Campbell Jr  
Sheryl Noyes Campbell  

SSN#: XXX-XX-6754  
SSN#: XXX-XX-8287  

Chapter 13  
CASE NO:   11-40361  
Related Court Docket Number: 37

## ORDER

ON 05/31/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:
Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ X ]  Plan payments are in substantial default.  
[ X ]  Debtor can resume payments.  

**IT IS, THEREFORE, ORDERED** that:

[ X ]  Plan payments are set at **$2,868.00** per month, with the plan extended and the minimum general unsecured dividend adjusted if necessary.  
[ X ]  Plan payments to resume by **June 30, 2013** or case is dismissed.  
[ X ]  Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on June 03, 2013.

A. Hamby  
Office of the Chapter 13 Trustee

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

_____
UNITED STATES BANKRUPTCY COURT

Owen Thomas Campbell Jr, Sheryl Noyes Campbell, 3270 Burlingame Drive, Crouse, NC  28033